HERMANN ROTHMANN, an Infant, by LOUIS ROTHMANN, His Guardian ad Litem, Respondent, v. THOMPSON BROTHERS, INC., Appellant.

*Negligence — streets — when boy run over by wagon while roller skating in street may recover.*

*Rothmann* v. *Thompson Brothers, Inc.,* 191 App. Div. 892, affirmed.
(Argued October 24, 1921; decided November 22, 1921.)

APPEAL from a judgment, entered March 24, 1920, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and directed reinstatement of said verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. It was alleged that while plaintiff, a boy nine years of age, was roller skating on the easterly side of Southern boulevard north of One Hundred and Seventy-second street in the city of New York, he was struck from behind by defendant's truck,

going in the same direction, and received the injuries complained of.

Walter L. Glenney and Bertrand L. Pettigrew for appellant.

Don R. Almy and William S. Evans for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Not voting: McLAUGHLIN, J.